# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

               Plaintiff,           COURT NO:  06-11712

-vs-

                                      HONORABLE: Lawrence P. Zatkoff

ALLECCIA Jones

               Defendant,

and

DETROIT BOARD OF EDUCATION

               Garnishee./
_____

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee provided the Plaintiff with an Answer on **June 30, 2006**, stating that at the time of the service of the Writ he/she had in his/her possession, or under control personal property belonging to and due Defendant.

On **June 13, 2006** the Defendant was notified of his/her right to a hearing and **has not** requested a hearing to determine exempt property.

The United States is entitled to receive a surcharge, which is ten (10%) percent of the outstanding debt pursuant to 28 U.S.C.§3011.  Defendant shall pay the surcharge.

IT IS ORDERED that Garnishee pay the sum of **25% of disposable earnings** to Plaintiff, payable to the U.S. Department of Justice.

                                          s/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: July 12, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 12, 2006.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290